IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICO MITCHELL,** | * |
| | * |
| Plaintiff, | * |
| | *   CIVIL ACTION NO. 24-00304-KD-B |
| vs. | * |
| | * |
| **PERDIDO TRUCKING,** | * |
| | * |
| Defendant. | * |

## ORDER

This action is before the Court on Defendant's request for a telephone conference to address a discovery dispute between the parties, in accordance with the discovery dispute procedures set out in the Rule 16(b) Scheduling Order[1].  (Doc. 27 at 3-4, ¶ 10.b.).  After due consideration, this matter is set for a discovery conference, via telephone, **on December 6, 2024, at 10:00 a.m. (CST).**  The parties are **DIRECTED** to use the following **telephone call-in information:   571-353-2301  (Guest ID: 002111801#).**

The Clerk is **DIRECTED** to docket this Order and to send a copy of this Order to Plaintiff and to counsel for Defendant via their

---

[1] The request was sent via email, and Plaintiff, who is proceeding without counsel, was included as a recipient on the email.

email addresses on record.

**DONE** this **5th** day of **December, 2024.**

                                                 **/s/ SONJA F. BIVINS**
                                       **UNITED STATES MAGISTRATE JUDGE**