# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RICO MITCHELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 24-00304-KD-B |
| | ) |
| **PERDIDO TRUCKING, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## **JUDGMENT**

In accordance with the Order entered this date, denying Plaintiff Rico Mitchell's motion for summary judgment and granting Defendant Perdido Trucking LLC's motion for summary judgment, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered in favor of Defendant Perdido as to all claims raised by Plaintiff Mitchell and this action is dismissed with prejudice.

**DONE** and **ORDERED** this 18th day of November 2025.

                                            **s / Kristi K. DuBose**
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**